O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON WILLIAMS, an individual; PATRICIA WILLIAMS, an individual,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>ONE WEST BANK, FSB; MTS, INC., a California corporation dba MERIDIAN TRUST DEED SERVICE; LSI TITLE aka LSI TITLE COMPANY, a Florida corporation; INDYMAC BANK, F.S.B., a Federal Savings Bank; STEPHEN GOODELL, an individual; COUNTRY CREEK DEVELOPMENT COMPANY, a California corporation,<br><br>　　　　　　Defendants.<br>_____ | Case No. CV 12-04692 DDP (MRWx)<br><br>**ORDER DISMISSING CASE FOR LACK OF JURISDICTION** |

　　Plaintiffs filed this action on May 29, 2012, alleging that Defendants violated numerous state laws in selling Plaintiffs' property at a trustee's sale. In their Complaint, Plaintiffs' only allegation as to jurisdiction is that: "The transactions and events, which are the subject matter of this Complaint, all

occurred within the County of San Bernardino, State of California." (Compl. ¶ 17.)

The court finds that it lacks subject matter jurisdiction over this action. Because Plaintiffs allege only state law claims, there is no federal question jurisdiction pursuant to 28 U.S.C. § 1331. Nor is there diversity jurisdiction under 28 U.S.C. § 1332. Section 1332 provides that district courts have original jurisdiction "of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs and is between . . . citizens of different States." 28 U.S.C. § 1332(a)(1). Complete diversity of citizenship is required, meaning each of the plaintiffs must be a citizen of a different state than each of the defendants. Caterpillar Inc. v. Lewis, 519 U.S. 61, 68 (1996). Here, the parties agree that Plaintiffs and Defendants Steven Goodell and Country Creek Development Company are citizens of California. (See Compl. ¶¶ 2, 7-8; Defs.' Mot. to Dismiss, Docket No. 18, at 3-4.).

Accordingly, the court hereby dismisses this case for lack of subject matter jurisdiction. If Plaintiffs choose, they may of course pursue their claims in state court. In addition, the following motions are vacated: 10, 16, 18, 19 and 20.

IT IS SO ORDERED.

Dated: July 24, 2012

DEAN D. PREGERSON
United States District Judge

2